IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BLUE SKY NETWORKS, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § § | CIV. A. NO. 1:17-cv-00125-SS |
| BLU PRODUCTS, INC.<br>Defendant | § § § § § | |

## AGREED MOTION TO TRANSFER VENUE

The parties file this agreed motion to transfer Venue as authorized by U.S.C. §1404 (a) and request the Court transfer this action to the United States District Court for the Eastern District of Texas, Tyler Division.

Counsel for BLU Products has not made an appearance in this case. BLU requested Plaintiff agree to this transfer, which Plaintiffs do. Plaintiff's counsel presents this as an agreed motion and represents that defense counsel has reviewed and stipulates as follows:

### A. STIPULATION

1. Plaintiff is Blue Sky Networks, LLC; Defendant is BLU Products, Inc.

2. Plaintiff sued Defendant for Patent Infringement in the Western District of Texas, Austin Division.

3. The parties agree to transfer this suit to the Eastern District of Texas, Tyler Division, where another case involving the same patents is pending. *Blue Sky Networks, LLC. v. Huawei Device Co. Ltd. et al.*, Civ. A. No. 6:17-cv-156-JRG-JDL.

4. Transfer of the suit is for the convenience of the parties and witnesses and in the interest of justice. *See* 28 U.S.C. §1404(a).

## B. REQUEST TO TRANSFER

5. For these reasons, the parties request the Court to transfer this action to the district court for the Eastern District of Texas, Tyler Division, and have attached a proposed order.

Dated: April 27, 2017

          Respectfully submitted,

*/s/ Cabrach Connor*

Cabrach J. Connor
cconnor@taylordunham.com
Jennifer Tatum Lee
jtatum@taylordunham.com
**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Ave., Suite 1050
Austin, Texas 78701
512.473.2257 Telephone
512.478.4409 Facsimile
**ATTORNEYS FOR BLUE SKY NETWORKS, LLC**

**AGREED TO:**

/s/ Isaac S. Lew (with permission)
Isaac S. Lew, Esq.
**EGOZI & BENNETT, P.A.**
2999 NE 191st St., Suite 407
Aventura, FL 33180
Main Office: 305-931-3000
Direct Dial: 305-931-9347
Fax: 305-931-9343
ilew@egozilaw.com
www.egozilaw.com
**ATTORNEY FOR BLU PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b) this 27th day of April 2017.

_____
Cabrach J. Connor